# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Dependable Gardening, et al.

               **V.**                             **JUDGMENT IN A CIVIL CASE**

California Commission on Judicial Performance

                                     **CASE NUMBER:**    08CV1608-JAH(WMC)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the instant complaint is sua sponte dismissed without prejudice for failure to state a claim upon which relief may be granted.

| September 8, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                 s/J. Petersen
                                                 (By) Deputy Clerk

                                                 ENTERED ON September 8, 2008